IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAVERDURE & ASSOCIATES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-883-ALM |
| | § | |
| DEPOSITORS INSURANCE COMPANY | § | |

## NOTICE OF SETTLEMENT

Defendant Depositors Insurance Company provides notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in the above-captioned lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert R. Russell
Texas Bar No. 24056246
rrussell@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 - Facsimile

**ATTORNEYS FOR DEFENDANT
DEPOSITORS INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via CM/ECF on this the 9th day of November, 2017 to:

James M. McClenny
J. Zachary Moseley
Derek L. Fadner
McClenny Moseley & Associates, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060

                                                                          */s/ Patrick M. Kemp*
                                                                          Patrick M. Kemp